People v Montezuma (2022 NY Slip Op 51109(U))

[*1]

People v Montezuma (Justin)

2022 NY Slip Op 51109(U) [77 Misc 3d 127(A)]

Decided on October 20, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

As corrected in part through January 17, 2023; it will not be
published in the printed Official Reports.

Decided on October 20, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : JERRY GARGUILO, P.J., ELIZABETH H. EMERSON, TIMOTHY
S. DRISCOLL, JJ

2021-648 S C

The People of the State of New
York, Appellant,
against
Justin Montezuma, Respondent. 

Suffolk County Traffic Prosecutor's Office (Justin W. Smiloff of counsel), for appellant.
Justin Montezuma, respondent pro se (no brief filed).

Appeal from an order of the District Court of Suffolk County, Suffolk County
Traffic and Parking Violations Agency (Debra Urbano-DiSalvo, J.H.O.), dated
September 17, 2021. The order granted defendant's motion to vacate a default judgment
entered pursuant to Vehicle and Traffic Law § 1806-a upon a charge of operating a
motor vehicle without insurance, and, upon such vacatur, to dismiss the simplified traffic
information charging that offense.

ORDERED that the order is reversed, without costs, and the matter is remitted to the
District Court of Suffolk County, Suffolk County Traffic and Parking Violations
Agency, for a new determination, following a hearing, of defendant's motion to vacate a
default judgment entered pursuant to Vehicle and Traffic Law § 1806-a upon a
charge of operating a motor vehicle without insurance, and, upon such vacatur, to
dismiss the simplified traffic information charging that offense.
For the reasons stated in People v Montezuma (— Misc 3d —,
2022 NY Slip Op — [Appeal No. 2021-647 S C], decided herewith), the order is
reversed and the matter is remitted to the District Court of Suffolk County, Suffolk
County Traffic and Parking Violations Agency, for a new determination, following a
hearing, of defendant's motion to vacate a default judgment entered pursuant to Vehicle
and Traffic Law § 1806-a upon a charge of operating a motor vehicle without
insurance, and, upon such vacatur, to dismiss the simplified traffic [*2]information charging that offense.
GARGUILO, P.J., EMERSON and DRISCOLL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 20,
2022